UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:11-CV-00005-BR

| | |
|---|---|
| GENE L. PINNER, | ) |
| Plaintiff | ) ORDER |
| v. | ) |
| GENERAL MAINTENANCE, INCORPORATED, | ) |
| Defendant. | ) |

This matter is before the court on the parties' motion for a court-hosted settlement conference. The motion is ALLOWED, and the case is hereby REFERRED to Magistrate Judge David W. Daniel for a settlement conference pursuant to Local Civil Rule 101.2, EDNC. The parties are DIRECTED to confer directly with Judge Daniels' office about scheduling the conference.

This 5 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge